UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| ASHLEY MARIE PACHECO, Plaintiff, | : | 26-cv-1751 (SHS) (OTW) |
| -v- | : | ORDER |
| SHORELAND TRANSPORT INC. and SHAWNA LYN VIALA, Defendants | : | |

---

SIDNEY H. STEIN, U.S. District Judge.

The parties having consented to a magistrate judge conducting all further proceedings pursuant to 28 U.S.C. § 636(c) [Doc. # 14],

IT IS HEREBY ORDERED that:

1. All further proceedings in this action shall be conducted by Magistrate Judge Ona T. Wang; and

2. The pretrial conference previously scheduled before this Court for October 15, 2026, is cancelled.

Dated: New York, New York
August 24, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.