**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x

ASHLEY MARIE PACHECO, :

Plaintiff, : 26-CV-1751 (OTW)

-against- : **ORDER**

SHORELAND TRANSPORT INC. and SHAWNA LYN VIALA, :

Defendant. :

----------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The parties are directed file a joint status letter on the last business Friday of each month until the close of discovery. Each joint status letter should discuss what discovery has been done, what discovery remains outstanding, parties' plans to complete discovery in accordance with their case management plan, and whether parties have any ongoing or anticipated disputes. Parties are directed to file their first letter on **October 30, 2026.**

**SO ORDERED.**

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: October 2, 2026
New York, New York